AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

CINDY DICKSON, an individual,

|  |  |
|---|---|
| , | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| SKYWEST AIRLINES INC, a Utah corporation, | ) |
|  |  |
| *Defendant* |  |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 29, 2022

SEAN F. MCAVOY, CLERK

Civil Action No.   4:20-CV-5014-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* _____ Cindy Dickson _____ recover from the defendant *(name)* _____ SkyWest Airlines _____ the amount of _____ One Hundred Fifty Thousand _____ dollars ($ 150,000.00 ), which includes prejudgment interest at the rate of ___0.00___ %, plus post judgment interest at the rate of ___3.12___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge _____ Mary K. Dimke _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date:  July 29, 2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____